FILED IN CHAMBERS
U.S.D.C. Rome

MAY 03 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FULTON COUNTY SHERIFF THEODORE JACKSON )<br>)<br>Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>897 EDGEWOOD AVENUE, N.E., )<br>ATLANTA, GEORGIA FULTON )<br>COUNTY, GEORGIA, )<br>Parcel Number: 14-0014-0010-024-3; )<br>JOHN B. NELSON; and GUISHARD, )<br>WILBURN & SHORTS, LLC, )<br>)<br>Defendants.  ) | CASE NO.<br>1:11-CV-0164-RLV<br><br><br><br>**Removed from**:<br>Fulton County Superior Court<br>Case No. 2010-CV-191519 |

## CONSENT ORDER TRANSFERRING FUNDS

It appearing to the Court that (i) this is an interpleader action originally filed in the Superior Court of Fulton County, Georgia by the Sheriff of Fulton County, Theodore Jackson ("Sheriff Jackson") with respect to certain funds generated from the tax sale of certain property located in Fulton County, Georgia and due to John B. Nelson ("Nelson"); (ii) on December 17, 2010, Fulton County Superior Court Judge Melvin K. Westmoreland entered an Order authorizing the Clerk of the Superior of Fulton County to accept funds in the amount of Two Hundred Twelve Thousand Five

Hundred Twenty Four and 07/100 Dollars ($212,524.07)(the "Funds") into the Court Registry of Fulton County; (iii) Sheriff Jackson subsequently caused the Funds to be placed or deposited in the Fulton County Court Registry; (iv) on January 19, 2011, Nelson timely and properly removed this case from the Fulton County Superior Court to this Court; (v) Defendant and alleged competing claimant, Guishard, Wilburn & Shorts, LLC, was properly served with Sheriff Jackson's interpleader petition, but failed to file any answer or make any appearance and is in default; (vi) as shown by the signatures of counsel below, Sheriff Jackson and Nelson consent to the entry of this Order; and (vii) for good cause shown,

It is HEREBY ORDERED that, within 30 days of the date of entry of this Order, the Clerk of Fulton County Georgia shall deliver over and pay the Funds to the Clerk of this Court where such funds shall be held until further order of this Court.

So stipulated, this 27th day of April, 2011.

| **Frank X. Moore & Associates** | **Office of the Fulton County Attorney** |
|---|---|
| /s/ Francis X. Moore | /s/ Matthew C. Welch |
| Francis X. Moore<br>Georgia Bar No. 519120<br>1847 Peeler Road, Suite D<br>Atlanta, Georgia 30338<br>404-849-6176<br>fmoore@fxm-law.com<br><br>Counsel for Defendant John B. Nelson | R. David Ware<br>Georgia Bar No. 737756<br>Matthew C. Welch<br>Georgia Bar No. 747190<br>William Shannon Sams<br>Georgia Bar No. 101051<br><br>141 Pryor Street, SW, Ste 4038<br>Atlanta, Georgia 30303<br>(404) 612-0261 (office)<br>(404) 730-6324 (facsimile)<br><br>Counsel for Sheriff Jackson |

APPROVED AND SO ORDERED, this 3rd day of ~~April~~ May, 2011.

*Robert L. Vining, Jr.*
JUDGE ROBERT L. VINING, JR.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA