FILED IN CHAMBERS
U.S.D.C. Rome

AUG 03 2011

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FULTON COUNTY SHERIFF THEODORE JACKSON,

Plaintiff,

v.

897 EDGEWOOD AVENUE, N.E., ATLANTA, GEORGIA, FULTON COUNTY, GEORGIA, Parcel Number: 14-0014-0010-024-3; JOHN B. NELSON; and GUISHARD, WILBURN & SHORTS, LLC,

Defendants.

CIVIL ACTION
FILE NO. 1:11-CV-0164- RLV

ORDER

Having read and considered Plaintiff's Motion for Disbursement of Funds, the pleadings and other documentation on file with this Court and the procedural history of this case, it is hereby ordered that said motion be granted. The Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of Three Hundred and One Dollars ($301.00), plus all accrued interest, minus any statutory user fees, payable to Sheriff

Theodore Jackson and to mail or deliver the check to Sheriff Theodore Jackson.

SO ORDERED, this 3rd day of Aug., 2011.

ROBERT L. VINING, JR.
UNITED STATES DISTRICT COURT

TO THE COURT
[illegible] hereby certified that [illegible] has been complied with and that there [illegible] deposit in the registry of this Court [illegible]

Deputy Clerk
Financial Intake Section