FILED IN CHAMBERS
U.S.D.C. Rome

OCT 20 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FULTON COUNTY SHERIFF THEODORE JACKSON<br>Plaintiff,<br><br>v.<br><br>897 EDGEWOOD AVENUE, N.E., ATLANTA, GEORGIA FULTON COUNTY, GEORGIA, Parcel Number: 14-0014-0010-024-3; JOHN B. NELSON; and GUISHARD, WILBURN & SHORTS, LLC,<br>Defendants. | CASE NO.<br>1:11-CV-0164-RLV |

## ORDER

This interpleader action comes before the Court with the Plaintiff, Fulton County Sheriff Theodore Jackson (the "Sheriff"), having deposited with the Clerk of this Court on or about May 18, 2011 the sum of Two Hundred Twelve Thousand, Five Hundred Twenty Four and 07/100 Dollars ($212,524.07) the receipt of which was evidenced by the Clerk's receipt number 100035569, and the Court having previously entered an order [Docket #29] instructing the Clerk to draw a check payable to the Sheriff from the Deposited Funds in the principal amount of Three Hundred and One Dollars ($301.00), and the Court having further read and considered John B. Nelson's Cross Motion for Disbursal of Funds [Docket # 25], the

pleadings and other documentation on file with this Court, the procedural history of this case, the evidence and arguments presented at the hearing held on October 20, 2011 and for good cause shown, it is hereby ordered that said Cross Motion of John B. Nelson be and hereby is GRANTED.  The Clerk is authorized and directed to: **(a)** draw a check on the funds remaining on deposit in the registry of this court in the principal amount of Two Hundred Twelve Thousand, Two Hundred Twenty Three and 07/100 Dollars ($212,223.07), plus all accrued interest, minus any statutory user fees, with such check made payable to Frank X. Moore & Associates, as attorneys for John B. Nelson, and mail or deliver the check to Frank X. Moore & Associates, 1847 Peeler Road, Suite D, Atlanta, Georgia 30338; and **(b)** close this action.

SO ORDERED, this 20th day of October, 2011.

_____
ROBERT L. VINING, JR.
UNITED STATES DISTRICT COURT

## TO ThE COURT

It is hereby certified that rule 67 has been complied with and that there is on deposit in the Registry of this Court  $212,223.07
plus interest  $8.67
as of  10/20/2011

Deputy Clerk
Financial Intake Section